# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT DEAN NEUMILLER,<br><br>Defendant. | NO. CR 10-096 MJP<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 29, 2011. The United States was represented by Assistant United States Attorney Jeff Backus, and the defendant by Nancy Tenney.

The defendant had been charged and convicted of Bank Fraud and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1344 and 1028A. On or about July 9, 2010, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of twenty eight (28) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, submit to search, restitution, drug aftercare, mental health treatment to include MRT, among others.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated December 21, 2011, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

(1) Using alcohol on or before November 7 and 15, 2011, in violation of the special condition of drug after care;

(2) Using opiates (Vicodin) on or before November 15, 2011, in violation of standard condition number 7.

(3) Failing to report a change in residence, ten days prior to any change in residence, in violation of standard condition number 6;

(4) Failing to work regularly at a lawful occupation, unless excused for schooling or other reasons, in violation of standard condition number 5;

(5) Failing to participate in substance abuse treatment, in violation of the special condition of drug aftercare;

(6) Using amphetamine on or before December 13, 2011, in violation of standard condition number 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2, 3, 4, 5, and 6.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 4, 5, and 6, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on January 17, 2012 at 10 a.m.

Pending a detention hearing scheduled for January 17, 2012, the defendant has been detained.

DATED this 29th day of December, 2011.

/s/JAMES P. DONOHUE
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Jeff Backhus
Defendant's attorney: Nancy Tenney
Probation officer: Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3