01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,                    )
                                                )   CASE NO. CR10-096-MJP
09          Plaintiff,                          )
                                                )
10    v.                                        )
                                                )   SUMMARY REPORT OF U.S.
11 GILBERT DEAN NEUMILLER,                      )   MAGISTRATE JUDGE AS TO
                                                )   ALLEGED VIOLATIONS
12          Defendant.                          )   OF SUPERVISED RELEASE
   _____         )

13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15 on February 13, 2013.   The United States was represented by AUSA Ehren Reynolds for Jeff

16 Backhus and the defendant by Lynn Hartfield for Nancy Tenney.   The proceedings were

17 digitally recorded.

18          Defendant had been sentenced on or about July 9, 2010 by the Honorable Marsha J.

19 Pechman on a charge of Bank Fraud and Aggravated Identity Theft, and sentenced to 28

20 months custody, 5 years supervised release.

21          The conditions of supervised release included the standard conditions plus the

22 requirements that defendant participate in substance abuse testing and treatment, abstain from

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

01  alcohol, submit to search, pay restitution in the amount of $38,407.67, participate in a mental

02  health program, provide his probation officer with financial information upon request, maintain

03  a single checking account for all financial transactions, be prohibited from opening new lines of

04  credit or incurring new credit obligations without permission, and be prohibited from

05  possessing any identification documents in any but his true identity.   (Dkt. 27.)

06      On December 29, 2011, defendant admitted to violating the conditions of supervised

07  release by using alcohol, using opiates, failing to report a change of residence, failing to work

08  regularly at a lawful occupation, failing to participate in substance abuse treatment, and using

09  methamphetamine. (Dkt. 33.) Defendant was sentenced to 90 days in custody, 57 months

10  supervised release. (Dkt. 39.)

11      On June 29, 2012, defendant admitted to violating the conditions of supervised release

12  by failing to report to his probation officer within 72 hours of being released from BOP custody

13  and failing to participate in a residential reentry program by leaving without permission.   He

14  was sentenced to 6 months in custody, 51 months supervised release, and directed to be

15  evaluated for inpatient drug treatment. (Dkt. 48.)

16      In an application dated February 12, 2013 (Dkt. 49, 50), U.S. Probation Officer Jennifer

17  J. Tien alleged the following violations of the conditions of supervised release:

18      1.      Using oxycodone on or before February 9, 2013 in violation of standard

19  condition number 7.

20      2.      Failing to participate in the residential reentry center (RRC) by being terminated

21  on February 12, 2013, in violation of the special condition that he reside at the RRC for up to

22  120 days.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01      Defendant was advised in full as to those charges and as to his constitutional rights.

02      Defendant admitted violations and waived any evidentiary hearing as to whether they

03  occurred. (Dkt. 51.)

04      I therefore recommend the Court find defendant violated his supervised release as

05  alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of

06  disposition.   The next hearing will be set before Judge Pechman.

07      Pending a final determination by the Court, defendant has been detained.

08      DATED this 13th day of February, 2013.

09

10                                          Mary Alice Theiler
11                                          United States Magistrate Judge

12

13

14

15  cc:     District Judge:          Honorable Marsha J. Pechman
            AUSA:                    Ehren Reynolds, Jeff Backhus
16          Defendant's attorney:    Nancy Tenney, Lynn Hartfield
            Probation officer:       Jennifer J. Tien
17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE  -3